UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMANUEL CORREA-HERRERA,

    Petitioner,

v.                                      Case No.  1:24-cv-190-TKW-HTC

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 24) and Petitioner's objections (Doc. 27). The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's §2254 petition should be dismissed on the merits because none of the grounds raised in the petition provide a basis for federal habeas relief. The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 16) is GRANTED, and Petitioner's §2254 habeas petition is DISMISSED with prejudice on the merits.

3. A certificate of appealability is DENIED.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 1st day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**